IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| JAMES DAVID NANNEY,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | Case No. _____<br><br>**Removed from the Superior Court of Henderson County North Carolina Case No. 26CV000053-440** |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Wells Fargo Bank, N.A. incorrectly named as Wells Fargo Bank ("Wells Fargo"), by and through its undersigned counsel, hereby removes this action from the Superior Court for Henderson County, North Carolina, in which court the case is currently pending, to the United States District Court for the Western District of North Carolina. In support thereof, Defendant state as follows:

### I. Background

1. Defendant exercises its rights under the provisions of 28 U.S.C. §§ 1332, 1441, and 1446 to remove this case from the Superior Court for Henderson County, North Carolina. The case is now pending under the name and style of *James David Nanney v. Wells Fargo Bank*, Henderson County District Court, Case No. 26CV000053-440.

2. 28 U.S.C. § 1441(a) provides as follows:

> Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction may be removed by the defendant or the defendants to the district court of the United States for the district and division embracing the place where such action is pending.

3. This civil action was instituted in North Carolina state superior court and has not been tried. Plaintiff James David Nanney filed his Complaint on January 7, 2026, naming Wells Fargo Bank as the defendant.

4. Pursuant to 28 U.S.C. §1446(a), Defendant has attached hereto as **Exhibit A**, copies of all process, pleadings and orders served upon Defendant to date.

## II. The Notice of Removal is Timely and Properly Filed.

5. The Defendant received a copy of the Complaint on January 8, 2026. The filed Complaint was the initial pleading received by Defendant, and Defendant is filing this Notice of Removal within 30 days of receipt of this initial pleading. Therefore, the Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

## III. Subject Matter Jurisdiction.

6. Pursuant to 28 U.S.C. § 1332, this Court has diversity jurisdiction over Plaintiff's claims because complete diversity exists between the parties, and the amount in controversy exceeds $75,000. First complete diversity exists between the parties because Plaintiff is a citizen and resident of the State of North Carolina. Defendant Wells Fargo is a citizen and resident of the State of South Dakota . *Jarvis v. Wells Fargo Bank, N.A.*, 2021 WL 4214836 *2 (D. Md. Sept. 6, 2021). Second, the amount in controversy exceeds $75,000 because Plaintiff seeks to recover $3 billion in his Complaint.

## IV. Procedural Compliance

7. Pursuant to 28 U.S.C. § 1441 *et seq.*, the right exists to remove this case from the Superior Court for Henderson County, in which court the case is currently pending, to the United States District Court for the Western District of North Carolina.

8. The United States District Court for the Western District of North Carolina embraces Henderson County, North Carolina, in which the action is now pending and, thus, this Court is a proper venue for this action pursuant to 28 U.S.C. § 113. Venue is appropriate in this Court pursuant to 28 U.S.C. § 1441(a).

9. Pursuant to 28 U.S.C. § 1446(d), Defendant shall give Plaintiff written notice of the filing of this Notice of Removal, and shall file the written notice of the filing of this Notice of Removal with the Superior Court for Henderson County, attaching thereto a copy of this Notice of Removal, and the documents attached to this Notice of Removal. An executed copy of the Notice of Filing of Notice of Removal is attached hereto as ***Exhibit B***.

10. Pursuant to 28 U.S.C. § 1446(b)(2)(A), Wells Fargo Bank, N.A. is the only defendant in this case and have consented to the removal of this case to federal district court. Defendant does not waive any defense to this case, including, but not limited to the defense of insufficient process or improper service of process. Instead, Defendant specifically reserves all of its respective defenses to Plaintiff's claims.

11. In filing this Notice of Removal, Defendant does not admit the allegations set forth in the Complaint, does not concede that the Plaintiff has stated a claim for which relief may be granted, and denies that Plaintiff has been damaged in any manner by any act or omission of any of the Defendant.

## V.    Conclusion

WHEREFORE, Defendant Wells Fargo Bank, N.A. respectfully requests that the above-captioned action now pending in the Superior Court for Henderson County, North Carolina be removed to the United States District Court for the Western District of North Carolina, and that the United States District Court for the Western District of North Carolina assume jurisdiction of

this action and enter such other and further orders as may be necessary to accomplish the requested removal and promote the ends of justice. If any questions arise as to the proprietary of the removal of this action, Defendant requests the opportunity to present a brief and argument in support of its position that this case is removable.

This the 6th day of February, 2026.

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ B. Chad Ewing*
B. Chad Ewing (N.C. State Bar No. 27811)
301 South College Street, Suite 3500
Charlotte, North Carolina  28202-6037
Telephone: (704) 331-4996
Facsimile: (704) 338-7854
E-Mail:    chad.ewing@wbd-us.com

***Attorneys for Defendant Wells Fargo Bank, N.A.***

# CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2026, the foregoing **NOTICE OF REMOVAL** was filed with the Clerk of Court using the CM/ECF system, and a true and correct copy was sent via first class mail, postage prepaid to the following:

>James David Nanney
>P.O. Box 1461
>Hendersonville, NC 28793
>*Pro se Plaintiff*

>*/s/ B. Chad Ewing*
>B. Chad Ewing