# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CIVIL CASE NO. 1:26-cv-00040-MR-WCM

| | |
|---|---|
| JAMES DAVID NANNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| WELLS FARGO BANK N.A., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Dismiss [Doc. 4] and the Magistrate Judge's Memorandum and Recommendation [Doc. 11] regarding the disposition of the Motion to Dismiss.

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable W. Carleton Metcalf, United States Magistrate Judge, was designated to consider the above-referenced motion and to submit a recommendation for its disposition.

On April 17, 2026, the Magistrate Judge issued a Memorandum and Recommendation, recommending that the case be remanded to state court and that the Motion to Dismiss be "reserved for further action by the state court." [Doc. 11 at 6]. The parties were advised that any objections to the

Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service.  [Id. at 7].  The period within which to file objections has now expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Memorandum and Recommendation, the Court concludes that the Magistrate Judge's proposed conclusions of law are correct and consistent with current case law.  Accordingly, the Court accepts the Magistrate Judge's recommendation.

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation [Doc. 11] is **ACCEPTED**, this case is hereby **REMANDED** to the General Court of Justice Superior Court Division of Henderson County, North Carolina for further proceedings, and the Motion to Dismiss [Doc. 4] is **DENIED** as moot.  The Clerk of Court is respectfully directed to provide a certified copy of this Order to the Henderson County Superior Court Clerk.

**IT IS SO ORDERED.**

Signed: May 8, 2026

Martin Reidinger
Chief United States District Judge

2